**Opinion issued July 26, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00369-CR

———————————

**ERLAND OSMANY CACERES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1388707

## MEMORANDUM OPINION

Appellant, Erland Osmany Caceres, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).